# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE REEVES, | Case No. 1:16-cv-01355-DAD-SKO |
| Plaintiff, | **ORDER REGARDING FILING NOTICE OF WAIVER** |
| v. | |
| HOME RETENTION SERVICES, INC., | |
| Defendant. | |

On December 16, 2016, the Court ordered the parties by minute order to include in their joint scheduling report whether they waive the disqualification of the undersigned to conduct settlement conferences in this matter, pursuant to Local Rule 270(b).  (Doc. 7.)  The parties failed to comply with this order.

Accordingly, the Court DIRECTS the parties to file the attached notice of waiver, if they so choose, **by no later than 12:00 PM on Tuesday, January 10, 2017**, in advance of the Initial Scheduling Conference set for January 12, 2017, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **January 9, 2017**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE