LAW OFFICES OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND
445 Marine View Ave., Suite 120
Del Mar, CA 92014
Telephone: (858) 481-9559
Email: draymondlaw@gmail.com

MANEY & GORDON, P.A.
DAVID P. MITCHELL, Florida Bar No. 067249
(Admitted *pro hac vice*)
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Telephone:   (813) 221-1366
Facsimile:   (813) 223-5920
Email: David@MitchellConsumerLaw.com
       Karin@MitchellConsumerLaw.com
       k.glascock@maneygordon.com

*Attorneys for Plaintiff*
*Wade Reeves*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| WADE REEVES, | ) |
| Plaintiff, | ) Case No. 1:16-CV-01355-DAD-SKO |
| v. | ) **NOTICE OF PENDING SETTLEMENT** |
| HOME RETENTION SERVICES, INC. | ) Complaint Filed: September 16, 2016 |
| Defendant. | ) |

## **NOTICE OF PENDING SETTLEMENT**

Plaintiff, WADE REEVES, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant HOME RETENTION SERVICES, INC., have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

Dated:   September 27, 2017                                                MANEY & GORDON, P.A.

                                                       By:   */s/ David P. Mitchell*
                                                            David P. Mitchell, Esq.
                                                            Attorneys for Plaintiff
                                                            WADE REEVES

                                                            and

                                                            Deborah L. Raymond, Esq.
                                                            Law Offices of Deborah L. Raymond
                                                           Attorneys for Plaintiff
                                                           WADE REEVES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail this 27th day of September, 2017 to: Eric P. Early, Esq., eearly@earlysullivan.com; Scott E. Gizer, Esq., sgizer@earlysullivan.com at Early, Sullivan, Wright, Gizer & McRae, LLP.

*/s/ David P. Mitchell*
David P. Mitchell, Esq.
Attorneys for Plaintiff
WADE REEVES

and

Deborah L. Raymond, Esq.
Law Offices of Deborah L. Raymond
Attorneys for Plaintiff
WADE REEVES